UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20564-Cv-Altonaga

ALINA FEAS,
    *Petitioner,*

Vs.

UNITED STATES OF AMERICA,
    *Respondent.*
_____/

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that the petitioner, Alina Feas, hereby appeals the order and judgment dated August 12, 2014 denying her motion under 28 USC §2255 (DE 36) to the US Court of Appeals for the Eleventh Circuit in which a motion for COA will be promptly filed.

I CERTIFY that a copy of the foregoing notice was filed and sent to all counsel via ECF this 11th day of September 2014.

Respectfully submitted,

**BENSON WEINTRAUB, Esq.**
**FL. Bar No. 486418**
*Counsel for Petitioner*
837 N. Victoria Park Rd. #4
Ft. Lauderdale, FL. 33304
Tel. 954.464.1314
Weintraub.benson@gmail.com

By:    /s/ Benson Weintraub